# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA JOY LEE, | Case No. 1:18-cv-00144-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO CLOSE ACTION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 12, 14, 15) |
| Defendant. | |

Plaintiff Alisa Joy Lee filed a complaint on January 26, 2018, challenging the Commissioner of Social Security's decision to deny benefits. On September 18, 2018, an order was filed requiring Plaintiff to show cause why sanctions should not issue for Plaintiff's failure to file an opening brief in compliance with the scheduling order filed on January 30, 2018. Plaintiff filed a response to the order to show cause and a stipulation of dismissal of this action on September 19, 2018. The Court has read and considered the response to the order to show cause and it shall be discharged.

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed September 18, 2018, is HEREBY DISCHARGED;

| | |
|---|---|
| 1 | and |
| 2 | 2. The the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). |

IT IS SO ORDERED.

Dated: **September 21, 2018**

_____
UNITED STATES MAGISTRATE JUDGE